## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KATHY MOLL,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | |
| | § | **3-05CV-1855** |
| **THE RICHARDS GROUP and** | § | |
| **STANFORD RICHARDS,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>AGREED MOTION TO DISMISS WITH PREJUDICE</u>

Plaintiff Kathy Moll ("Plaintiff") files this Agreed Motion to Dismiss with Prejudice and, in support thereof, would show the Court as follows:

Plaintiff and Defendants The Richards Group and Stanford Richards ("Defendants") have compromised, resolved and settled all claims that have been asserted, or could be asserted, by Plaintiff against Defendants in this case. Plaintiff requests that the Court dismiss this lawsuit and all claims that are asserted, or could be asserted, by Plaintiff against Defendants with prejudice to the right to file, refile, or reinstate the same or any part thereof in this or any other court, tribunal or forum.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enter an order granting this Agreed Motion to Dismiss with Prejudice, dismissing all claims with prejudice, and for such further relief that the Court deems appropriate.

Respectfully submitted,


/s/Marc D. Katz
Marc D. Katz
*Attorney-in-Charge*
Texas Bar Number 00791002
Gail N. Salcido
Texas Bar Number 24032896

JENKENS & GILCHRIST
a *Professional Corporation*
1445 Ross Avenue, Suite 3200
Dallas, Texas  75202
Telephone:  (214) 855-4500
Telecopy:  (214) 855-4300

**ATTORNEYS FOR DEFENDANTS**


/s/Jeremi K. Young
Jeremi K. Young
*Attorney-in-Charge*
Texas Bar Number 24013793

The Young Law Firm
112 W. 8th Avenue, Suite 900-D
Amarillo, Texas  79101
Telephone:  (806) 331-1800
Telecopy:  (806)  398-9095

**ATTORNEY FOR PLAINTIFF**

**AGREED MOTION TO DISMISS WITH PREJUDICE – Page** 2