IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY MOLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1855-N |
| | § | |
| THE RICHARDS GROUP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Kathy Moll ( "Plaintiff") and Defendants The Richards Group and Stanford Richards ("Defendants") have announced that all claims asserted or which could have been asserted by Plaintiff against Defendants in this cause of action, have been fully and finally compromised and settled, and they seek dismissal of this entire lawsuit, each cause of action asserted therein, and each cause of action which could be asserted therein, with prejudice. It is, therefore,

ORDERED, ADJUDGED, and DECREED that this lawsuit and all claims asserted herein, or which could be asserted therein, by Plaintiff against Defendants are DISMISSED WITH PREJUDICE to the right of Plaintiff to file or refile or reinstate same or any part thereof in this or any other court, tribunal or forum.

ORDERED, ADJUDGED, and DECREED that each Party shall bear its, his, or her own costs.

**AGREED ORDER OF DISMISSAL WITH PREJUDICE – Page** 1

DALLAS3 1237618v1 11328-00084

Signed September 26, 2006.

_____
David C. Godbey
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE**:

/s/Marc D. Katz
Marc D. Katz
*Attorney-in-Charge*
Texas Bar Number 00791002
Gail N. Salcido
Texas Bar Number 24032896
JENKENS & GILCHRIST
a *Professional Corporation*
1445 Ross Avenue, Suite 3200
Dallas, Texas  75202
Telephone:  (214) 855-4500
Telecopy:  (214) 855-4300

**ATTORNEYS FOR DEFENDANTS**

/s/Jeremi K. Young
Jeremi K. Young
*Attorney-in-Charge*
Texas Bar Number 24013793
The Young Law Firm
112 W. 8th Avenue, Suite 900-D
Amarillo, Texas  79101
Telephone:  (806) 331-1800
Telecopy:  (806)  398-9095

**ATTORNEY FOR PLAINTIFF**